## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

SHANNA RACKLEY

)
)
)
)

Plaintiff(s),

)
)

v.

)

Case No. CIV-22-776-J

LEADING LIFE SENIOR LIVING, INC.,
d/b/a AUTUMN LEAVES OF EDMOND,
et al.

)
)
)
)
)

Defendant(s)

)

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for:

Plaintiff , Shanna Rackley .
(Plaintiff/Defendant)       (Name of Party)

 I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Matthew Shelton    09/29/2022
Signature         Date

Matthew Shelton
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

STOCKTON TALBERT, PLLC
Firm

1127 NW 14th Street
Address

Oklahoma City, OK 73106
City      State     Zip Code

(405) 225-1200
Telephone

mshelton@stocktontalbert.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on September 29, 2022 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____ , I filed the attached document with the Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

s/ Matthew Shelton
s/ Attorney Name