AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| | | |
|---|---|---|
| SHANNA RACKLEY *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 5:22-CV-00776-J |
| (1) LEADING LIFE SENIOR LIVING, INC., d/b/a AUTUMN LEAVES OF EDMOND & (2) J&M FAMILY MANAGEMENT, LLC *Defendant(s)* | ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEADING LIFE SENIOR LIVING, INC., d/b/a AUTUMN LEAVES OF EDMOND
C/O REGISTED AGENTS INC.
9905 S PENNSYLVANIA AVE
OKLAHOMA CITY, OK 73159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LACEY L SHIRLEY  at LACEY L SHIRLEY LAW, 302 S CHEYENNE AVE, #110, TULSA, OK 74103.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
11:35 am, Jan 17, 2023
CARMELITA REEDER SHINN, Clerk

By: *[signature]*
Deputy Clerk

Date:   01/17/2023

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Oklahoma | County of UNITED STATES DISTRICT COURT | Western District Court |

Case Number: 5:22-CV-00776-J

Plaintiff:
**SHANNA RACKLEY**

vs.

Defendant:
**LEADING LIFE SENIOR LIVING, INC., d/b/a AUTUMN LEAVES OF EDMOND & J&M FAMILY MANAGEMENT, LLC**

Received by ASAP Investigations, LLC to be served on **Leading Life Senior Living, Inc., Dba Autumn Leaves Of Edmond C/O REGISTERED AGENTS, INC., 9905 S. PENNSYLVANIA AVE., OKLAHOMA CITY, OK 73159**.

I, TIMOTHY TUCKER, being duly sworn, depose and say that on the **31st day of January, 2023** at **3:25 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **COURTNEY BAIN C/O REGISTERED AGENTS, INC.** as **REGISTERED AGENT** for **Leading Life Senior Living, Inc., Dba Autumn Leaves Of Edmond**, at the address of: **9905 S. PENNSYLVANIA AVE., OKLAHOMA CITY, OK 73159**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 22nd day of February, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

**TIMOTHY TUCKER**
PSS-2021-71

ASAP Investigations, LLC
PO BOX 7805
Edmond, OK 73083
(405) 204-5917

Our Job Serial Number: TMT-2023000599

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m