UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANNA RACKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-776-J |
| ) | |
| LEADING LIFE SENIOR LIVING, INC., ) | |
| d/b/a AUTUMN LEAVES OF EDMOND, and ) | |
| J&M FAMILY MANAGEMENT, LLC, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO CONTINUE EVIDENTIARY HEARING

Plaintiff Shanna Rackley ("Plaintiff"), by and through her undersigned counsel of record, respectfully moves the Court for an Order Continuing the Evidentiary Hearing currently set for May 23, 2023, due to a tragic death in the family of Plaintiff's first chair Counsel. Plaintiff's counsel is unable to confer with counsel for Defendant Leading Life Senior Living, INC. ("Defendant") regarding the relief requested because no counsel has entered their appearance. In support of this Motion, Plaintiff shows the Court as follows:

1. On January 23, 2023, the Court issued an Order [Doc. 27] pursuant to which the Evidentiary Hearing is currently set to take place in Courtroom 304 at 10:00am on May 23, 2023.

2. After the death of a family member on May 22, 2023, Plaintiff's first chair counsel notified the Court. There is no known defense counsel who could be contacted.

3. Plaintiff is respectfully requesting the Settlement Conference be continued for Twenty-one (21) to Thirty (30) days, or until between June 12th and June 21st of 2023.

4. This Motion is not being filed for the purpose of delay, but out of necessity given Plaintiff counsel's family emergency.

WHEREFORE, having shown good cause, Plaintiff respectfully requests the Court enter an Order Continuing the Evidentiary Hearing.

        Respectfully submitted,

        /s/ Donald J. Slaughter
        Lacey L. Shirley, OBA No. 33269
        Howard Berkson, OBA No. 31482
        Donald Slaughter, OBA No. 31227
        Boston Avenue Law
        401 S. Boston Avenue, Ste. 700
        Tulsa, OK 74103
        Phone: 918-282-5945
        Donald@BostonAvenueLaw.com
        **Attorneys For Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following the Counsel of Record.

/s/ Donald J. Slaughter
Donald J. Slaughter
