UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANNA RACKLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEADING LIFE SENIOR LIVING, INC., )<br>d/b/a AUTUMN LEAVES OF EDMOND, and )<br>J&M FAMILY MANAGEMENT, LLC, )<br>)<br>Defendants. ) | Case No. CIV-22-776-J |

## ORDER

Before the Court is Plaintiff's Motion to Continue Evidentiary Hearing [Doc. No. 29]. Upon review of Plaintiff's motion, the Court GRANTS Plaintiff's Motion to Continue Evidentiary Hearing and SETS the evidentiary hearing on Plaintiff's Motion for Default Judgment on June 12, 2023 at 10:00 a.m.

IT IS SO ORDERED this 23rd day of May, 2023.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE